**JOSEPH R. BENFANTE, P.C.**
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

June 6, 2012

<u>VIA ECF and FACSIMILE</u>
Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Paul Gasparrini
<u>Criminal Docket Number 12-264 (NGG)</u>

Dear Judge Garaufis:

  Pursuant to defendant Paul Gasparrini's present bail conditions, this letter is to respectfully request permission for Mr. Gasparrini to travel to New Fairfield, Connecticut on Saturday, June 9, 2012, to see his sister Daniela Pinherio, for her birthday.

  While in Connecticut, Mr. Gasparrini will be at his sister's home located at 8 Bear Mountain Road, New Fairfield, Connecticut.

  The undersigned has spoken to Assistant United States Attorney Amanda Hector, as well as Pretrial Officer Bianca Carter, who have both consented to this travel request.

  Thank you for the courtesy extended in this matter.

Respectfully yours,

*Joseph R. Benfante*
JOSEPH R. BENFANTE

JRB:jb

 cc: Amanda Hector, Esq.
   Assistant United States Attorney (Via ECF)

   Pretrial Officer Bianca Carter
   United States Pretrial Services (Via ECF)